# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                               Date:   September 10, 1999

| | |
|---|---|
| JUAN R. ORTIZ GONZALEZ | |
| Plaintiff | |
| vs. | **Civil 97-2309 (PG)** |
| FONOVISA, et al | |
| Defendants | |

By Order of the Court a status conference in the above captioned case, is hereby set for **Wednesday, September 22, 1999,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:   Rafael Silva Almeyda
       Alfredo Castellanos Bayouth