# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: September 22, 1999 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 97-2309 (PG) |

========================================================================

| | |
|---|---|
| JUAN R. ORTIZ GONZALEZ | <u>Attorneys:</u> Rafael SILVA ALMEYDA and Jesús RABELL |
| vs. | |
| FONOVISA, et al | Kenneth SURIA |

========================================================================

STATUS CONFERENCE held in chambers. The parties have exchanged interrogatories and requests for production of documents. They held a Rule 311 meeting, and the plaintiff is looking for some additional documents.

The defendants will take the deposition of plaintiff on November 18, 1999, at 10:00 A.M. On November 19 and 22, 1999, the plaintiff will take the depositions of the four witnesses announced by the defendants: Rafael Santiago Sánchez, Edgardo Barreto, Isauro Gutiérrez and Marvin `Nolasco.

**Pretrial is set for December 9, 1999, at 8:30 A.M.**

*[signature]*
Lida Isis EGELE
Courtroom Deputy

s/c:   Silva and Castellanos