UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN R. ORTIZ,

    Plaintiff(s)

v.      Civil No. 97-2309(PG)

FONOVISA, ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #19 - Motion Requesting Court Order | Granted |

Date: October 21, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

