UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN R. ORTIZ-GONZALEZ,
    Plaintiff(s)

v.                     Civ. No. 97-2309(PG)

FONOVISA, DISTRIBUIDORA
NACIONAL DE DISCOS, INC., ET AL.
    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #22- Joint Motion Requesting Adjournment. | Granted |

Date: December 7, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge