# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE: December 9, 1999

COURTROOM DEPUTY: Lida Isis EGELE          CIVIL CASE: 97-2309 (PG)

================================================================

JUAN R. ORTIZ GONZALEZ                    Attorneys:

vs.

FONOVISA, et al

================================================================

There was a pretrial conference scheduled for this morning.  None of the attorneys appeared.  The Court granted the motion for extension of time to take depositions and it appears that counsel interpreted that the pretrial conference had been canceled.

**Pretrial conference is set for January 11, 2000, at 8:30 A.M.**

                                          _____
                                          Lida Isis EGELE
                                          Courtroom Deputy

s/c:   Silva and Castellanos


