UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**BEFORE HON. JUAN M. PEREZ-GIMENEZ**

<u>MINUTES OF PROCEEDINGS</u>                DATE: January 11, 2000

CIVIL CASE NO.97-2309 (PG)

COURTROOM DEPUTY: Minerva **FIGUEROA**

COURT REPORTER: N/A

===================================================================
Juan R. Ortíz-González              Attys: Jesus Rabell-Mendez
                                    & Rafael Silva-Almeyda, Esqs.

        Plaintiff
VS.

Fonovisa, et al                     Attys: Kenneth Suria-Rivera,
                                    Esq.

        Defendant

---

Pretrial Conference not held. The parties were heard as to the status of this case and the possibility to settled the same. The Court sets a Status Conference on March 15, 2000 at 8:30 A.M.

                                        _____
                                        COURTROOM DEPUTY CLERK

Parties to be notified.