# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: March 15, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 97-2309 (PG) |

===================================================================

| | |
|---|---|
| JUAN R. ORTIZ-GONZALEZ | <u>Attorneys:</u>  Jesús RABELL<br>Rafael SILVA |
| vs. | |
| FONOVISA, et al | Alfredo CASTELLANOS |

===================================================================

SECOND STATUS CONFERENCE held in chambers. After listening to the parties they are granted 30 days to interchange documentary evidence and 60 days to complete all the discovery. If any additional depositions need to be taken, they are to be taken within this 60 day period.

**The pretrial conference is set for May 16, 2000, at 8:30 A.M.**

                                                     Lida Isis EGELE
                                                     Courtroom Deputy

s/c:   All counsel

