# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                                Date:   May 26, 2000

| | |
|---|---|
| JUAN ORTIZ GONZALEZ | * |
| Plaintiff | * |
| vs. | *     **Civil 97-2309 (PG)** |
| FONOVISA, et al | * |
| Defendants | * |

By Order of the Court the jury trial in the above captioned case, is hereby set for **Monday, June 19, 2000,** at 9:00 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:  / Rafael Silva Almeyda
      / Alfredo Castellanos Bayouth
      / Jury Clerk