UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                          DATE:JUNE 20, 2000

BEFORE **HONORALBE JUAN M. PEREZ-GIMENEZ**

COURTROOM DEPUTY:  Lily **ALICEA**           CASE NO. CIVIL 97-2309

**COURT REPORTER: B. VAZQUETELLES**
==================================================================

JUAN R. ORTIZ GONZALEZ                 Attorneys:
                                       For Plaintiffs:JESUS
                                       RABELL & RAFAEL SILVA
            VS
                                       For Defendant:
FONOVISA, ET AL                        ALFREDO CASTELLANOS

Case called for 2nd day of jury trial.  Further testimony of plaintiff's Juan R. Ortiz heard.  Plaintiff rests.

Attorney for plaintiff states for the record that they are dismissing the case with prejudice against Fonovisa and will proceed with the case against Distribuidora Nacional and Distribuidora Aponte.  They are on default.  Plaintiff requests an extension of time to file a memorandum as to the liability of codefendants which is granted by the Court.  Court grants them 20 days to file the same.  Then matter will stand submitted. Defendant is granted 15 days to file his motion for attorneys fees and costs.

                                       _____
                                         LILY ALICEA
                                         COURTROOM DEPUTY

