UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUAN R. ORTIZ GONZALEZ,<br><br>    Plaintiff<br><br>v.<br><br>FONOVISA; DISTRIBUDORA NACIONAL DE DISCOS, INC.; DISTRIBUDORA APONTE, INC.; A, B, AND COMPANIES; JOHN DOE R, S, T, X, Y INSURANCE COMPANIES,<br><br>    Defendants | Civ. No. 97-2309 (PG) |

## ORDER

Co-Defendant Fonovisa, Inc. has moved for attorney's fees. (Dkts. 42 & 44) Plaintiff Juan r. Ortiz González filed a Motion to Strike or to Dismiss Fonovisa's Request for Attorney's Fees. (Dkt. 45)

Plaintiff voluntarily dismissed his case against Fonovisa. Prior to this voluntary dismissal, the parties entered into an agreement whereby Fonovisa agreed not to collect any award of attorney's fees or costs. This is what the Court recalls, and what is supported by a contemporaneous writing signed by Fonovisa's counsel. Therefore, pursuant to the agreement of the parties, and the recollection of this Court, Fonovisa's motion for attorney's fees is **MOOT**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 31st, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)