UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUAN R. ORTIZ GONZALEZ, | * |
| Plaintiff | * |
| v. | *  Civ. No. 97-2309 (PG) |
| FONOVISA, DISTRIBUIDORA NACIONAL DE DISCOS, DISTRIBUIDORA APONTE, INC. A, B, AND C COMPANIES, JOHN DOE, ETC., | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

Having determined that Defendants Distribuidora Nacional de Discos and Distribuidora Aponte are in default and also liable for copyright infringement to Plaintiff, it is hereby

**ORDERED and ADJUDGED** that Plaintiff is awarded $9,500.00 in statutory damages from Defendant Distribuidora Nacional de Discos and $6,756.79 from Defendant Distribuidora Aponte,

San Juan, Puerto Rico, October 24, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)