UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



JUAN R. ORTIZ-GONZALEZ,
    Plaintiff,

    v.                                          Civ. No. 97-2309(PG)

FONOVISA, DISTRIBUIDORA
NACIONAL DE DISCOS, INC., ET AL.
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #52 - Motion To Dismiss The Appeal. | This motion must be filed with the United States Court of Appeals. |

Date: _____November 8_____, 2000.

                                        JUAN M. PEREZ-GIMENEZ
                                        U.S. District Judge