IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 DEC 20 PM 4: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

JUAN ORTIZ GONZALEZ

Plaintiff

vs.

FONOVISA

Defendant

CIVIL NO. 97-2309 (PG)

### ORDER

Taxation of costs is held in abeyance in this case pending the outcome of the appeal. Once the appeal is decided, the prevailing party shall move for the taxing of costs.

IT IS SO ORDERED.

In Hato Rey, Puerto Rico, this 20TH day of 2000.

FRANCES RIOS DE MORAN
CLERK OF COURT

By: _____
       Deputy Clerk