UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN R. ORTIZ-GONZALEZ,
    Plaintiff,

v.                                   Civ. No. 97-2309(PG)

FONOVISA, DISTRIBUIDORA
NACIONAL DE DISCOS, INC., ET AL.
    Defendants.

| MOTION | ORDER |
| --- | --- |
| **Docket #71** - SETTLEMENT STIPULATION. | **APPROVED.** Judgment shall be entered accordingly. |

Date: _September 7_, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge


