IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUAN R. ORTIZ GONZALEZ,<br>    Plaintiff,<br><br>    v.<br><br>FONOVISA, DISTRIBUIDORA<br>NACIONAL DE DISCOS, ET AL.,<br>    Defendants. | Civil No. 97-2309(PG) |

### JUDGMENT

The parties in the above-captioned matter have filed a Settlement Stipulation that has been approved by the Court. Pursuant to the terms of the Stipulation, this matter is dismissed with prejudice, and the terms of the agreement are final and unappealable.

WHEREFORE it is ORDERED AND ADJUDGED that this case be dismissed with prejudice.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, September 7, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge


